FILED
July 3, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )    Case No. 2:06-cr-222 MCE
           Plaintiff,               )
v.                                  )    ORDER FOR RELEASE OF
                                    )    PERSON IN CUSTODY
Anthony Washington,                 )
                                    )
_____)
           Defendant.

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __Anthony Washington__ Case No. __2:06-cr-222 MCE__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

    _X_ Appearance Bond secured by Real Property (Agreement to forfeit property to be supplemented by $220,000 appearance bond within 14 days)

        __ Corporate Surety Bail Bond

    _X_ (Other) __PTS conditions/supervision__

Issued at __Sacramento, CA__ on __7/3/06__ at _July 3, 2006_

By _/s/ GREGORY G. HOLLOWS_
Gregory G. Hollows
United States Magistrate Judge