```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    ANTHONY EUGENE WASHINGTON
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. 2:06-cr-0222-MCE
                                   )
13              Plaintiff,         )
                                   )  NOTICE OF MOTION AND MOTION TO
14       v.                        )  EXTEND TIME TO SECURE PROPERTY
                                   )  BOND
15  ANTHONY EUGENE WASHINGTON,     )
                                   )
16              Defendant.         )  Date:  July 18, 2006
                                   )  Time:  8:30 a.m.
17  _____)  Judge: Hon. Morrison C. England
```

To: **McGREGOR W. SCOTT**, United States Attorney, and **PHILIP A. FERRARI**, Assistant United States Attorney, Attorneys for the Plaintiff:

**PLEASE TAKE NOTICE** that on July 18, 2006, or as soon thereafter as counsel may be heard in the courtroom of the Honorable Morrison C. England, the defendant, Anthony Eugene Washington, through undersigned counsel, will move the Court to extend the time for him to file the secured property bond.

On June 30, 2006, Magistrate Judge Hollows ordered the defendant's release. The defendant's release was to be secured by an Agreement to Forfeit property executed by the defendant's mother, Mrs. Frager,

1  pending the posting of the secured property bond. The defendant was
2  given two weeks to prepare the secured property bond in the amount of
3  $220,000 and secured by two properties owned by his mother.
4      The following Monday, on July 3, 2006 the Agreement to Forfeit
5  property was executed and filed and the defendant was released. On
6  July 5 (following the holiday) the defendant's family began working
7  with the Office of the Federal Defender on the property bond.
8      Preparing the property bond has been difficult for several
9  reasons. The properties are in the bay area and the defendant's mother
10 normally lives in the bay area. The defendant's mother is elderly and
11 must have dialysis several times per week. She is also confined to a
12 wheelchair. Within the last couple of days her condition deteriorated
13 and she moved to the Sacramento area to stay with family.
14     There were two properties that the defense needed to prepare
15 documents on. The first property has been appraised at $350,000- and
16 the title search shows that there is an outstanding debt of $168,000-
17 on this property. The equity in this property is $182,000- which is
18 $38,000 short of the $220,000 bond ordered by the magistrate. A copy
19 of the paperwork is being provided to the government on the morning of
20 July 18, 2006. A mobile notary has picked up the final documents for
21 the defendant's mother to sign. Normally these documents could be
22 signed in the Office of the Federal Defender, but Mrs. Frager is, at
23 the moment, too ill to come into the office.
24     The defendant's family believed that there was an adequate
25 appraisal and title search done on the second property. Unfortunately,
26 some of those documents could not be located and what was located was
27 not current (it was from 2004). The process has begun to get a new
28 appraisal and title search. Based on the documentation from 2004, we

1  expect the amount of equity to well exceed the $38,000- shortfall.

2  It will take, however, another week and possibly two weeks to
3  finish this process.  In the meantime, the defendant requests that he
4  be allowed to remain under supervision with his release secured by the
5  the Agreement to Forfeit property.

6  Dated:  July 17, 2006

7  Respectfully submitted,

8  DANIEL J. BRODERICK
   Federal Defender

10  /s/ Linda C. Harter

11  _____
    LINDA C. HARTER
    Chief Assistant Federal Defender
12  Attorney for Defendant
    ANTHONY EUGENE WASHINGTON

14  **ORDER**

15  For the reasons stated above, and for good cause following a
16  hearing on the matter, the deadline for the defendant to submit all of
17  the paperwork securing the property bond in the amount of $220,000-
18  shall be extended to July 31, 2006.  All other previously set
19  conditions of release remain in full force and effect.

20  **IT IS SO ORDERED.**

21  Dated: July 25, 2006

    _____
    MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE

-3-