```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTHONY JAMES WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 06-222 MCE EFB |
| Plaintiff, | |
| v. | EX PARTE MOTION TO MODIFY CONDITIONS OF RELEASE; ORDER |
| ANTHONY JAMES WASHINGTON, | |
| Defendant. | Judge: Hon. Edmund F. Brennan |

Pursuant to 18 U.S.C. § 3145(a)(2), the defendant requests that this Court modify the conditions of release as more thoroughly explained below. Neither the government, through its attorney, Phil Ferrari, nor Pretrial Service Agent Sandra Hall have any objection to this request.

On June 30, 2006, Magistrate Judge Hollows ordered the defendant's release on a $220,000 property bond. The properties offered were two homes owned by the defendant's mother, Charlean Frager. The defendant was released on that day pending the completion of the bond paperwork.

Shortly thereafter, a deed of trust in the amount of $182,000 was recorded on Mrs. Frager's rental property on Benjamin Avenue in

Pittsburg, California.  A second deed of trust, in the amount of $38,000, was recorded on Mrs, Frager's home on Poinsettia Avenue in Baypoint, California.  Those deeds total $220,000.

At the time the deed was posted on the Poinsettia property, it was established that Mrs. Frager owed a mortgage of $140,000, and that the property was worth $340,000.  The total equity was $200,000.  (The available equity in the Benjamin Avenue address was $182,000.)

Charleen Frager would like to refinance the rental property she owns on Benjamin Avenue.  She cannot accomplish that while there is the lien on the property securing Mr. Washington's appearance.  For this reason, she requests that the bond securing her son's appearance be reduced from $220,000 to $200,000- and that the entire amount be secured by her home on Poinsettia.

To accomplish this, the defense will prepare a second deed of trust in the amount of $162,000 for the Poinsettia property.[1]  Once that is prepared, and as soon as it is ready to be filed, the defense would request that the lien on the Benjamin property be exonerated.

Sandra Hall of Pretrial Services has been consulted and has stated that Mr. Washington is in compliance with the terms and conditions of his release and that she has no objection to this modification.  Phil Ferrari, the Assistant U.S. Attorney assigned to this case was also consulted and has no objection to this request.

For all of these reasons, the defendant requests that the terms of his release be modified and that he be released on a $200,000 property bond secured by his mother's home on Poinsettia Avenue.

---

[1] There is already a deed of trust in the amount of $38,000 on this property.  That deed and the new one would total $200,000.

Motion to Modify Conditions of Release   -2-

Dated:   December 12, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
ANTHONY JAMES WASHINGTON

## O R D E R

**IT IS SO ORDERED.**  The defendant's secured bond is reduced from $220,000 to $200,000 to be secured by his mother's property on Poinsettia Avenue in Baypoint.  Once the new deed of trust has been prepared, the defense may request that the bond on the Benjamin Avenue property be exonerated.  All other terms and conditions of release remain the same.

Dated: December 14, 2006

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge