```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    Anthony Eugene Washington
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )   No. 2:06-cr-0222-MCE
                                )
12              Plaintiff,      )
                                )   STIPULATION AND ORDER
13       v.                     )   CONTINUING STATUS CONFERENCE
                                )   AND EXCLUDING TIME
14  ANTHONY EUGENE WASHINGTON,  )
                                )   DATE: December 19, 2006
15              Defendant.      )   TIME: 8:30 a.m.
                                )   JUDGE: Morrison C. England
16  _____)
```

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19  their respective counsel, PHIL FERRARI, Assistant United States

20  Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant

21  Federal Defender, attorney for defendant, that the current Status

22  Conference date of December 19, 2006 be vacated, and a new Status

23  Conference date of February 13, 2007 at 8:30 a.m. be set.

24      It is expected that counsel for the United States will be

25  providing additional discovery shortly and a continuance is requested

26  to provide defense counsel with adequate time to review the new

27  discovery when received and discuss it with Mr. Washington.

28  Additionally, the parties have had preliminary discussions regarding

1  resolution of the case and discussions with counsel for the government
2  are ongoing.
3      It is further stipulated and agreed between the parties that the
4  period beginning December 19, 2006 through and including February 13,
5  2007 should be excluded in computing the time within which the trial of
6  the above criminal prosecution must commence for purposes of the Speedy
7  Trial Act for defense preparation.  All parties stipulate and agree
8  that this is an appropriate exclusion of time within the meaning of
9  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
10 and that the ends of justice to be served by a continuance outweigh the
11 best interests of the public and the defendant in a speedy trial.
12 Dated: December 19, 2006

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
ANTHONY EUGENE WASHINGTON

Dated: December 19, 2006
MCGREGOR W. SCOTT
United States Attorney

/s/ Phil Ferrari
PHIL FERRARI
Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded for the reasons set forth in the stipulation.

**IT IS SO ORDERED.**

DATED: December 19, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE