```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTHONY JAMES WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 06-222 MCE KJM |
| ) | |
| Plaintiff, ) | |
| ) | REQUEST FOR ORDER AND ORDER |
| v. ) | EXONERATING BOND |
| ) | |
| ANTHONY JAMES WASHINGTON, ) | |
| ) | |
| Defendant. ) | |
| ) | Judge: Kimberly J. Mueller |
| _____ ) | |

On June 30, 2006, a $220,000 appearance bond, secured by two separate deeds against real properties owned by the defendant's mother, Charlean Frager, 39 Poinsettia Avenue, Baypoint, California, was ordered to be posted on behalf of Anthony Washington, based upon an indictment filed in this district. Mr. Washington was ordered released on that day pending the completion of all bond paperwork.

Shortly thereafter, a Deed of Trust in the amount of $182,000 was recorded on Mrs. Frager's rental property at 281 Benjamin Avenue in Pittsburg, California, and a second Deed of Trust in the amount of $38,000 was recorded on Mrs. Frager's property at 39 Poinsettia Avenue in Baypoint, California. Both deeds totaled $220,000.

1  On December 15, 2006, Judge Edmund Brennan ordered that
2 defendant's secured bond be reduced to $200,000, allowing Charleen
3 Frager to post a second deed against her 39 Poinsettia property in the
4 amount of $162,000 (in addition to the previously recorded deed in the
5 amount of $38,000), thereby releasing the lien on her Benjamin Avenue
6 property in Pittsburg upon the recording of an additional deed against
7 the Poinsettia property.

8  Thereafter, on January 25, 2007, a Deed of Trust in the amount of
9 $162,000 was recorded in Contra Costa County on the 39 Poinsettia
10 Avenue property in Baypoint.

11  It is hereby requested that the $182,00 secured appearance bond
12 against the property located at 281 Benjamin Avenue, Pittsburg,
13 California, be exonerated in the above-captioned case and that the
14 Clerk of the District Court be directed to reconvey back to the Trustor
15 the Deed of Trust, received by the Clerk on July 28, 2006 or shortly
16 thereafter.

17 Dated:   February 21, 2007

18                                         Respectfully submitted,

19                                         DANIEL J. BRODERICK
                                           Federal Defender
20
                                           /s/ Linda C. Harter
21                                         _____
                                           LINDA C. HARTER
22                                         Chief Assistant Federal Defender
                                           Attorney for Defendant
23                                         ANTHONY JAMES WASHINGTON

24                              **O R D E R**

25     **IT IS HEREBY ORDERED** that the bail bond in the amount of $182,000
26 posted by Charlean Frager, 39 Poinsettia Avenue, Baypoint, California
27 94565, and secured by a Deed of Trust for the property located at 281
28 Benjamin Avenue, Pittsburg, California, is hereby exonerated in the

Order Exonerating Bond              -2-

1 above-captioned case and that the Clerk of the District Court is
2 directed to reconvey back to the Trustor the Deed of Trust, received by
3 the Clerk on July 28, 2007 or shortly thereafter.
4 Dated:  March 9, 2007.

_____
U.S. MAGISTRATE JUDGE