1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar #179741
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   Anthony Eugene Washington

                IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,   )   No. CR-S-06-222 MCE
                            )
            Plaintiff,      )
                            )   STIPULATION AND ORDER TO
     v.                     )   MODIFY CONDITIONS OF RELEASE
                            )   PURSUANT TO 18 U.S.C. §3145(a)
ANTHONY EUGENE WASHINGTON,  )
                            )
            Defendant.      )   JUDGE: Hon. Edmund F. Brennan
                            )
_____)


**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, PHIL FERRARI, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the conditions of pretrial release set in this case on June 30, 2006 be modified pursuant to 18 U.S.C. § 3145(a) as set forth below.

   The parties agree that condition number seven (7) be stricken and replaced with the following:

   7.  The defendant is placed on home detention.  While on home detention, the defendant may seek and maintain employment with the prior approval of his pretrial services officer.

1    The parties have conferred with the pretrial services officer,
2 Sandra Hall, who also agrees with this proposed modification.
3 Dated: March 20, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
ANTHONY EUGENE WASHINGTON

Dated: March 20, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Phil Ferrari
PHIL FERRARI
Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation, the pretrial service officer's agreement and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety.

**IT IS SO ORDERED**.

DATED:  March 21, 2007.

_____
Edmund F. Brennan
United States Magistrate Judge

Stipulation & Order                    2