```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANTHONY EUGENE WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-00222-MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION AND JURY TRIAL DATES AND EXCLUDING TIME |
| ANTHONY EUGENE WASHINGTON, | ) | |
| Defendant. | ) | DATE: August 23, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Morrison C. England |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHIL FERRARI, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the Trial Confirmation date of June 14, 2007 and Jury Trial date of July 9, 2007 be vacated, and a Trial Confirmation date of August 23, 2007 at 9:00 a.m. and Jury Trial date of September 24, 2007 at 9:00 a.m. be set.

Counsel for Mr. Washington is currently out of the office on medical leave due to recent surgery and will have limited mobility upon her return.

///

It is further stipulated and agreed between the parties that the period beginning June 14, 2007 through and including August 23, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: June 13, 2007                 Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender


                                     /s/ Daniel Broderick for
                                     LINDA HARTER
                                     Chief Assistant Federal Defender
                                     Attorney for Defendant
                                     ANTHONY EUGENE WASHINGTON

Dated: June 13, 2007
                                     MCGREGOR W. SCOTT
                                     United States Attorney


                                     /s/ Daniel Broderick for
                                     PHIL FERRARI
                                     Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: June 18, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE