1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar #179741
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ANTHONY EUGENE WASHINGTON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )   No. 2:06-cr-00222 MCE
                               )
12           Plaintiff,        )
                               )   STIPULATION AND ORDER
13    v.                       )   CONTINUING JURY TRIAL DATE AND
                               )   EXCLUDING TIME
14 ANTHONY EUGENE WASHINGTON,  )
                               )   DATE: November 13, 2007
15           Defendant.        )   TIME: 9:00 a.m.
                               )   JUDGE: Morrison C. England
16 _____)

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, PHIL FERRARI, Assistant United States

20 Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant

21 Federal Defender, attorney for defendant, that the Jury Trial date of

22 November 13, 2007 be vacated, and a Jury Trial date of December 10,

23 2007 at 9:00 a.m. be set.

24      The parties agreed on the need for additional time to allow for

25 defense preparation.  It is further stipulated and agreed between the

26 parties that the period beginning November 13, 2007 through and

27 including December 10, 2007 should be excluded in computing the time

28 within which the trial of the above criminal prosecution must commence

for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: October 17, 2007          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Linda C. Harter
                                 LINDA HARTER
                                 Chief Assistant Federal Defender
                                 Attorney for Defendant
                                 ANTHONY EUGENE WASHINGTON

Dated: October 17, 2007
                                 MCGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Phil Ferrari
                                 PHIL FERRARI
                                 Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: October 19, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2