McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>      v.                         )<br>                                 )<br> ANTHONY WASHINGTON,              )<br>                                 )<br>            Defendant.           )<br>_____) | No. CR. S-06-0222 MCE<br><br>STIPULATION AND ORDER |

It is hereby stipulated by and between the United States of America through its attorney, and defendant Anthony Washington, through his attorney, that the jury trial set for December 10, 2007 be vacated, and that a jury trial be set for April 7, 2008, and that a Trial Confirmation Hearing be set for March 13, 2008.

The parties require additional time to review discovery, conduct witness interviews and prepare for trial. Both parties agree that the time from the date of this order through April 7, 2008, can properly be excluded from computation under the speedy trial act so that counsel can adequately prepare for trial. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

1

DATED: November 26, 2007         /s/ Philip Ferrari for
                                 LINDA HARTER, ESQ.
                                 Attny. for Anthony Washington


DATED: November 26, 2007         McGREGOR W. SCOTT
                                 United States Attorney

                              By: /s/ Philip Ferrari
                                 PHILIP A. FERRARI
                                 Assistant U.S. Attorney

**IT IS HEREBY ORDERED** that:

1. The Trial Date currently set for December 10, 2007, is vacated;

2. Jury Trial is set to commence on April 7, 2008;

3. A Trial Confirmation Hearing is set for March 13, 2008; and

4. Based upon the above representations and stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from today's date through April 7, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

IT IS SO ORDERED.

Dated: November 27, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE