DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANTHONY EUGENE WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-00222-MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING JURY TRIAL DATE AND EXCLUDING TIME |
| ANTHONY EUGENE WASHINGTON, | ) | |
| Defendant. | ) | DATE: April 7, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Morrison C. England |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHIL FERRARI, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the Jury Trial date of April 7, 2008 be vacated, and a Jury Trial date of June 2, 2008 at 9:00 a.m. be set and a Trial Confirmation Hearing be set for May 1, 2008 at 9:00 a.m.

The parties agreed on the need for additional time to allow for defense preparation.

///
///

1 It is further stipulated and agreed between the parties that the
2 period beginning April 7, 2008 through and including June 2, 2008
3 should be excluded in computing the time within which the trial of the
4 above criminal prosecution must commence for purposes of the Speedy
5 Trial Act for defense preparation.  All parties stipulate and agree
6 that this is an appropriate exclusion of time within the meaning of
7 Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
8 and that the ends of justice to be served by a continuance outweigh the
9 best interests of the public and the defendant in a speedy trial.

10 Dated: February 22, 2008                Respectfully submitted,

11                                         DANIEL J. BRODERICK
                                           Federal Defender
12
13                                         /s/ Linda C. Harter
                                           LINDA HARTER
14                                         Chief Assistant Federal Defender
                                           Attorney for Defendant
15                                         ANTHONY EUGENE WASHINGTON

16 Dated: February 22, 2008
                                           MCGREGOR W. SCOTT
17                                         United States Attorney

18
                                           /s/ Phil Ferrari
19                                         PHIL FERRARI
                                           Assistant U.S. Attorney
20
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stipulation & Order                           2

1 **ORDER**

2 Based on the parties' stipulation and good cause appearing
3 therefrom, the Court hereby adopts the stipulation of the parties in
4 its entirety as its order.  The Court specifically finds that the ends
5 of justice served by the granting of such continuance outweigh the
6 interests of the public and the defendant in a speedy trial.
7 **IT IS SO ORDERED**.

Dated: February 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order                      3