```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILIP A. FERRARI
    COURTNEY J. LINN
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2744
 5
 6
 7
 8
                 IN THE UNITED STATES DISTRICT COURT
 9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,    )
12                               )  No. 2:06-cr-00222-MCE
                  Plaintiff,     )
13                               )  ORDER
          v.                     )
14                               )
    ANTHONY WASHINGTON,          )
15                               )
                  Defendant.     )
16  _____)
17
18       It is hereby stipulated by and between the United States of
19  America through its attorneys, and defendant Anthony Washington,
20  through his attorney, that the jury trial set for June 9, 2008 be
21  vacated, and that a jury trial be set for August 11, 2008, and that
22  a Trial Confirmation Hearing be set for July 24, 2008.
23       The parties require additional time to review discovery,
24  conduct witness interviews and prepare for trial.  Both parties
25  agree that the time from the date of this order through August 11,
26  2008, can properly be excluded from computation under the speedy
27  trial act so that counsel can adequately prepare for trial.
28  ///
```

1

18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

DATED: May 8, 2008          /s/ Philip Ferrari for
                            LINDA HARTER, ESQ.
                            Attny. for Anthony Washington

DATED: May 8, 2008          McGREGOR W. SCOTT
                            United States Attorney

                       By:  /s/ Philip Ferrari
                            PHILIP A. FERRARI
                            COURTNEY J. LINN
                            Assistant U.S. Attorneys

**IT IS HEREBY ORDERED** that:

    1.  The Trial Date currently set for June 9, 2008, and the Trial Confirmation Hearing currently set for May 29, 2008, are vacated;

    2.  Jury Trial is set to commence on August 11, 2008;

    3.  A Trial Confirmation Hearing is set for July 24, 2008; and

    4.  Based upon the above representations and stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from today's date through August 11, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

    IT IS SO ORDERED.

Dated: May 9, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE