DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANTHONY EUGENE WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-00222-MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING JURY TRIAL DATE AND |
| | ) | EXCLUDING TIME |
| ANTHONY EUGENE WASHINGTON, | ) | |
| | ) | DATE: August 11, 2008 |
| Defendant. | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Morrison C. England |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHIL FERRARI, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the Jury Trial date of August 11, 2008 be vacated, and a Jury Trial date of October 6, 2008 at 9:00 a.m. be set and a Trial Confirmation Hearing be set for September 17, 2008 at 9:00 a.m.

The parties agreed on the need for additional time to allow for defense preparation.

///
///

1   It is further stipulated and agreed between the parties that the
2   period beginning July 16, 2008 through and including October 6, 2008
3   should be excluded in computing the time within which the trial of the
4   above criminal prosecution must commence for purposes of the Speedy
5   Trial Act for defense preparation.  All parties stipulate and agree
6   that this is an appropriate exclusion of time within the meaning of
7   Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
8   and that the ends of justice to be served by a continuance outweigh the
9   best interests of the public and the defendant in a speedy trial.

10  Dated: July 16, 2008                Respectfully submitted,
11                                      DANIEL J. BRODERICK
                                        Federal Defender
12
13                                      /s/ Linda C. Harter
                                        LINDA HARTER
14                                      Chief Assistant Federal Defender
                                        Attorney for Defendant
15                                      ANTHONY EUGENE WASHINGTON

16  Dated: July 16,, 2008
                                        MCGREGOR W. SCOTT
17                                      United States Attorney

18
                                        /s/ Linda C. Harter for
19                                      PHIL FERRARI
                                        Assistant U.S. Attorney
20
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Stipulation & Order                     2

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: July 22, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE