DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANTHONY EUGENE WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-222 MCE |
| | ) | |
| Plaintiff, | ) | **AMENDED** STIPULATION AND ORDER CONTINUING TRIAL-CONFIRMATION AND JURY TRIAL DATES AND EXCLUDING TIME |
| v. | ) | |
| | ) | |
| ANTHONY EUGENE WASHINGTON, | ) | |
| | ) | Date: September 17, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PHIL FERRARI, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the Trial-Confirmation date of September 17, 2008 and Jury Trial date of October 8, 2008 be vacated, and a new Trial-Confirmation hearing date of November 6, 2008 and Jury Trial date of December 1, 2008 at 9:00 a.m. be set.

The parties agree on the need for additional time to complete a factual investigation and defense preparation.

///

///

1    It is further stipulated and agreed between the parties that the
2 period beginning from the date of the signing of this order through and
3 including December 1, 2008 should be excluded in computing the time
4 within which the trial of the above criminal prosecution must commence
5 for purposes of the Speedy Trial Act for defense preparation.  All
6 parties stipulate and agree that this is an appropriate exclusion of
7 time within the meaning of Title 18, United States Code, Section
8 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be
9 served by a continuance outweigh the best interests of the public and
10 the defendant in a speedy trial.

11 Dated: August 26, 2008                Respectfully submitted,

12                                       DANIEL J. BRODERICK
                                         Federal Defender
13

14                                       /s/ Linda C. Harter
                                         LINDA HARTER
15                                       Chief Assistant Federal Defender
                                         Attorney for Defendant
16                                       ANTHONY EUGENE WASHINGTON

17 Dated: August 26, 2008
                                         MCGREGOR W. SCOTT
18                                       United States Attorney

19
                                         /s/ Linda C. Harter for
20                                       PHIL FERRARI
                                         Assistant U.S. Attorney
21

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stipulation & Order                    2

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: August 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order                              3