1  LAWRENCE G. BROWN
   United States Attorney
2  PHILIP A. FERRARI
   MATTHEW D. SEGAL
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone:  (916) 554-2744
5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )    No. 2:06-cr-00222-MCE
12                 Plaintiff,        )
                                     )    STIPULATION AND ORDER
13           v.                      )    RE: EXCLUSION OF TIME FROM THE
                                     )    SPEEDY TRIAL ACT
14  ANTHONY WASHINGTON,              )
                                     )
15                 Defendant.        )
    _____)
16

17        Trial in this matter was previously set to commence on December 1,

18  2008.  On November 20, 2008, the defendant filed a Motion To Continue

19  Jury Trial Or, In The Alternative, Exclude Late Discovery.  (Docket,

20  #105)  A hearing was held on the motion that same day.  (Docket, #106)  At

21  the hearing, the Court granted the motion to continue the trial date over

22  the Government's objection.  A new trial date of March 30, 2009 was

23  selected.  The parties raised the issue of excluding time from

24  calculation under the Speedy Trial Act between the hearing to the new

25  trial date.  However, because the defendant was not present for this

26  hearing, the Court ordered the parties to submit a proposed order

27  regarding the exclusion of time.

28  ///

Following the confirmation of the trial date on March 5, 2009, the parties realized that due to administrative oversight, the order excluding time was never submitted. That oversight notwithstanding, it was the parties' jointly held expectation and belief that the time between the hearing on the motion to continue and the new trial date would be, and was being, excluded from computation under the Speedy Trial Act.

It is hereby stipulated by and between the United States of America through its attorneys, and defendant Anthony Washington and his attorney, that the time from the date of the defendant's motion to continue the trial date, November 20, 2008, through the new trial date, March 30, 2009, should be excluded from computation under the Speedy Trial Act. As set forth in the defendant's motion to continue the trial date, and on the record during the hearing on that motion, the defendant required additional time to review discovery and prepare for trial. Accordingly, time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4), concerning reasonable time to prepare.



DATED: March 9, 2009           /s/ Anthony Washington
                               ANTHONY WASHINGTON, Defendant


DATED: March 9, 2009           /s/ Linda C. Harter
                               LINDA HARTER, ESQ.
                               Attny. for Anthony Washington


DATED: March 5, 2009           LAWRENCE G. BROWN
                               United States Attorney

                          By: /s/ Philip Ferrari
                               PHILIP A. FERRARI
                               MATTHEW D. SEGAL
                               Assistant U.S. Attorneys

1     **IT IS HEREBY ORDERED** that:

2     Based upon the above representations and stipulation of the parties,

3 the Court finds that the ends of justice outweigh the best interest of

4 the public and the defendant in a speedy trial.  Accordingly, time under

5 the Speedy Trial Act is and shall be considered excluded from November

6 20, 2008, through March 30, 2009 pursuant to 18 U.S.C.

7 § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

8     IT IS SO ORDERED.

9

10 Dated: March 18, 2009

11

12 _____

13 MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE