1 DANIEL J. BRODERICK, #89424
Federal Defender
2 LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700
5

6
Attorney for Defendant
7 ANTHONY WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 06-222 MCE |
| ) | |
| Plaintiff, ) | |
| ) | APPLICATION AND ORDER FOR WRIT OF |
| v. ) | HABEAS CORPUS AD TESTIFICANDUM |
| ) | |
| ANTHONY WASHINGTON, ) | |
| ) | Date: April 14, 2009 |
| Defendant. ) | Time: 9:00 am |
| ) | Judge: Hon. Morrison C. England |
| _____ ) | |

The defendant moves for an order to secure the appearance of **Javaris Tubbs** to testify at trial in the above captioned case. Javaris Tubbs is scheduled to testify at trial on April 14, 2009 at approximately 9:00 am before the Hon. Morrison C. England, Jr. He is currently in the custody of the United States Marshall and being held at the Sacramento County Jail. He is awaiting sentencing in a separate case. His xref number is 3484398 and he is on floor 5E at the jail.

Dated:  April 13, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
ANTHONY WASHINGTON

**ORDER**

Pursuant to the defendant's request, a Writ of Habeas Corpus Testificandum shall issue commanding the U.S. Marshal Service to produce the inmate, Javaris Tubbs, to testify in United States District Court on April 14, 2009.  The Clerk of the Court is directed to serve a courtesy copy of this order to the U.S. Marshal Service.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:  **The United States Marshal, Sacramento, California, Tony Amador and to any United States Marshal serving in that office.**

You are ordered to produce the inmate, Javaris Tubbs, on April 14, 2009 to testify before the United States District Court at the time and place above and thereafter to return the inmate to the Sacramento County Jail.

Dated: April 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE