```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTHONY JAMES WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>      v.                     )<br>                             )<br>ANTHONY JAMES WASHINGTON,    )<br>                             )<br>            Defendant.       )<br>                             )<br>_____ ) | No. Cr. S 06-222 MCE EFB<br><br>DEFENDANT'S REQUEST FOR ORDER AND<br>ORDER EXONERATING BOND<br><br><br><br>Judge: Hon. Edmund F. Brennan |

On June 30, 2006, Mr. Washington was ordered released on a $220,000 bond secured by two properties owned by his mother, Charlean Frager. One of those properties was on Poinsettia Avenue in Baypoint, California and the other was on Benjamin Avenue in Pittsburg, California. Deeds of trust were recorded against both properties totaling $220,000-.

On December 15, 2006, the bond was reduced to $200,000 to be secured only by the property on Poinsettia Avenue. The Deed of Trust with regard to the Benjamin Avenue Property was subsequently reconveyed and an additional Deed of Trust in the amount of $162,000 was recorded against the Poinsettia property. (A Deed of Trust in the amount of

1  $38,000 had previously been recorded.)  There remains a secured bond in
2  the amount of $200,000 in this case.
3      On April 16, 2009, Mr. Washington was found guilty by a jury
4  verdict and remanded into custody.  Subsequent motions for bail review
5  were denied by the district court.  Mr. Washington was sentenced to 210
6  months on February 26, 2010.  He remains in custody.
7      It is hereby requested that the $162,000 and the $38,000 secured
8  appearance bond against the property located at 39 Poinsettia Avenue in
9  Baypoint, California be exonerated in the above-captioned case and that
10 the Clerk of the District Court be directed to reconvey back to the
11 Trustor the Deed of Trust.
12 Dated:  March 1, 2010              Respectfully submitted,
13                                    DANIEL J. BRODERICK
                                      Federal Defender
14
15                                    /s/ *Linda C. Harter*
                                      _____
16                                    LINDA C. HARTER
                                      Chief Assistant Federal Defender
17                                    Attorney for Defendant
                                      ANTHONY JAMES WASHINGTON
18
19                              **O R D E R**
20 **IT IS HEREBY ORDERED** that the bail bond in the amounts of $162,000 and
21 $38,000 posted by Charlean Frager and secured by a Deed of Trust for
22 the property at 39 Poinsettia Avenue, Baypoint, California, be
23 exonerated in the above captioned case and that the Clerk of the
24 District Court is directed as soon as practicable to reconvey back to
25 the Trustor the Deed of Trust.
26 Dated:  March 2, 2010
27                                    _____
                                      EDMUND F. BRENNAN
28                                    UNITED STATES MAGISTRATE JUDGE

Request to Exonerate Bond              -2-